34410

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
OCT 12 3 22 PM '01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| GlobalCare Insurance Services, Inc., Plaintiff | ) | Civil Action No. |
| v. | ) | |
| GlobalCare, Inc., Defendant | ) | |

01-11763

## COMPLAINT

Plaintiff, GlobalCare Insurance Services, Inc., alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. §1121 and therefore also has jurisdiction pursuant to 28 U.S.C. §1331, §1338(a) and §1338(b).

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

### THE PARTIES

3. Plaintiff, GlobalCare Insurance Services, Inc. (hereinafter, " GlobalCare Insurance"), is a corporation of Massachusetts, having its principal place of business at 220 Broadway, Lynnfield, Massachusetts 01940.

4. Defendant, GlobalCare, Inc. (hereinafter, "GlobalCare"), on information and belief, is a corporation of Georgia, having a principal place of business at 2001 Westside Parkway, Alpharetta, Georgia 30004.

DOCKETED

1

THE FACTS

5. Plaintiff, GlobalCare Insurance, provides travel insurance under the service mark and trade name, "GlobalCare," in interstate commerce, and has done so since 1987. An example of the material it uses to promote its services is attached as Complaint Exhibit A (three sheets). As a consequence of its long sale of travel insurance under the mark and name, GlobalCare Insurance has developed substantial good will for its travel insurance product, symbolized by the mark and name, "GlobalCare." The good will developed by GlobalCare Insurance has become a valuable asset of the company.

6. GlobalCare Insurance is the owner of U.S. Trademark Registration No. 2,435,061, registered March 13, 2001, for the service mark GLOBALCARE for "brokerage in the field of travel insurance." The registration is valid and subsisting. A copy of the registration is attached as Complaint Exhibit B.

7. Defendant, GlobalCare, on information and belief, by itself or through companies affiliated with it, has provided since 1997 health care referral services via the internet, electronic storage of medical records, and health care information featuring triage protocols via the internet, using the registered service mark GLOBAL CARE, using the registered service mark MEDTRIP, and the trade name GlobalCare, Inc.

8. Defendant, GlobalCare, on information and belief, sometime after the beginning of the year 2001, began offering under the marks "GlobalCare" and "MedTrip" more than health care referral services and health care information via the internet. It began offering travel insurance.

9. Attached as Complaint Exhibit C (four sheets) are promotional pieces circulated in March, 2001, on behalf of defendant GlobalCare, offering travel insurance under the service marks "GlobalCare," and "MedTripComplete," and the trade name, GlobalCare, Inc., in Massachusetts.

10. The circulation of material like that of Exhibit C and similar material, by Defendant, GlobalCare, and the offering and providing of travel insurance by GlobalCare under the service mark "GlobalCare" and the trade name, GlobalCare, Inc., has caused confusion between travel insurance provided by Plaintiff and travel insurance provided by Defendant, causing great damage to Plaintiff.

11. Defendant, GlobalCare, has used the registration symbol, ®, next to the mark "GlobalCare" in material it provides relating to travel insurance, in effect stating that the mark is registered in the U.S. Patent and Trademark Office for travel insurance services by GlobalCare. It is not so registered, and the use of the registration symbol, ®, by GlobalCare is therefore deceptive and misleading. It also leads to further confusion with GlobalCare Insurance's mark "GlobalCare" which is registered for travel insurance by GlobalCare Insurance.

12. Plaintiff, GlobalCare Insurance, has written to Defendant, GlobalCare, demanding that it cease using "GlobalCare" as a mark and trade name for travel insurance services. Defendant has continued to use "GlobalCare." Defendant's infringement of Plaintiff's rights is willful and wanton.

FIRST CAUSE OF ACTION
(Federal Trademark Infringement)

13. Plaintiff, GlobalCare Insurance, repeats and realleges Paragraphs 1 through 12 of this Complaint as if fully set forth herein.

14. The use of the name and mark "GlobalCare" by the Defendant is so substantially similar to the use of "GlobalCare" by Plaintiff in connection with Plaintiff's sales of services as to constitute infringement of Plaintiff's federally-registered mark, in violation of 15 U.S.C. §1114(1). Such acts constitute the use in commerce of a reproduction, counterfeit, copy or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32(1)(a) of the Lanham Act, 15 U.S.C. §1114 (1)(a).

15. As a result of Defendant, GlobalCare's, conduct, GlobalCare Insurance has suffered, and will suffer, damages in an amount not now precisely ascertainable, but which GlobalCare Insurance is entitled to recover at trial.

16. Defendant, GlobalCare's, aforesaid trademark infringement has caused, and is likely to cause, irreparable harm to Plaintiff. Plaintiff lacks an adequate remedy at law for the harm caused thereby.

SECOND CAUSE OF ACTION
(Federal Unfair Competition)

17. Plaintiff repeats and realleges Paragraphs 1 through 16 of this Complaint as if fully set forth herein.

18. The use by Defendant, GlobalCare, of the term "GlobalCare" is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendant with Plaintiff, or as to the origin, sponsorship or approval by Plaintiff of the services of Defendant, all in violation of 15 U.S.C. §1125(a).

19. As a result of Defendant, GlobalCare's, conduct, GlobalCare Insurance has suffered, and will suffer, damages in an amount not now precisely ascertainable, but which GlobalCare Insurance is entitled to recover at trial.

20. Defendant, GlobalCare's, aforesaid trademark infringement has caused, and is likely to cause, irreparable harm to Plaintiff. Plaintiff lacks an adequate remedy at law for the harm caused thereby.

## RELIEF REQUESTED

WHEREFORE, Plaintiff, GlobalCare Insurance, requests that this Court:

(a) enjoin Defendant, its agents, servants, officers, employees, and representatives, and all other persons, firms, or corporations in active concert or participation with it,

(1) from engaging in any further act of infringement of Plaintiff's "GlobalCare" service mark and trade name;

(2) from selling, distributing, promoting, marketing, or advertising any travel insurance services or products using said term "GlobalCare," or any colorable imitation thereof;

(3) from engaging in any conduct that tends to confuse, cause mistake, or to deceive as to the affiliation, connection or association of Defendant with Plaintiff, or as to the origin of, sponsorship or approval by Plaintiff of, the products or services of Defendant;

(b) order Defendant to deliver up to Plaintiff for destruction or other disposition, within thirty (30) days of final judgment herein, any and all advertising, promotional material, or other material relating to travel insurance in its possession or control that bear the term "GlobalCare" in violation of the injunction herein requested by Plaintiff;

(c) order Defendant to recall from all channels of distribution any materials distributed by it that bear the term "GlobalCare," or any colorable imitations thereof, in connection with travel insurance services;

(d) award damages according to proof at trial that Plaintiff has suffered as a result of Defendant's acts of infringement and unfair competition;

(e) award to Plaintiff the profits realized by Defendant as a result of its acts of infringement and unfair competition;

(f) award Plaintiff the costs of action, including reasonable attorney fees, pursuant to 15 U.S.C. §1117; and

(g) grant Plaintiff such other and further relief as the Court may deem just and proper.

Thomas V. Smurzynski
BBO #470820

Sean D. Detweiler
BBO#639902

LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109
(617) 227-7400

Attorneys for Plaintiff,
GlobalCare Insurance Services, Inc.

Dated: October 12, 2001

### EMERGENCY MEDICAL TRANSPORTATION

These services are only available through the Designated Assistance Provider. If you become sick or injured on your trip, the Assistance Provider will:

- Arrange for and transport you to the nearest suitable medical facility;
- Provide you with assistance to return home, if medically necessary;
- Provide round-trip economy airfare to send someone of your choice to be with you if you are traveling alone and are in the hospital for more than 10 days;
- Send your baggage home;
- Return your children home with an escort if you are traveling with them and they are left unattended;
- Arrange for and transport your remains to your home city in the event of your death.

## INSURANCE COVERAGES

UNDERWRITTEN BY COMMERCIAL UNION INSURANCE COMPANY (CU)

### TRIP CANCELLATION AND TRIP INTERRUPTION

These coverages pay certain non-refundable expenses if your trip is cancelled or interrupted for the following covered reasons:

- Sickness, injury or death of you, a family member or traveling companion;
- A terrorist incident in a foreign city to which you were scheduled to arrive within 30 days following the incident;
- Adverse weather or natural disasters resulting in the complete cessation of travel services;
- Unforeseeable financial default or bankruptcy of a tour operator, cruise line or airline that occurs more than seven days after coverage is purchased;
- Labor disputes resulting in the complete cessation of travel services;
- Your home being made uninhabitable due to fire, flood, vandalism or natural disaster;
- You, a traveling family member or a traveling companion being subpoenaed, required to serve on a jury, hijacked or quarantined.

### TRAVEL DELAY

If you are delayed 12 or more hours in the course of your trip, you will be reimbursed for reasonable accommodation and transportation expenses.

### EMERGENCY MEDICAL EXPENSE COVERAGE

This coverage reimburses you for certain expenses incurred due to sickness or injury which occurs while on your trip. This coverage is excess over any medical or health insurance available to you. Coverage not available to Canadian residents.

### BAGGAGE LOSS COVERAGE

Reimburses you if your baggage is lost, stolen, or damaged while on your trip. This coverage is secondary to any coverage provided by a common carrier. Maximum of $4,000 per traveling group.





### BAGGAGE DELAY COVERAGE

If your baggage is delayed more than 24 hours, you will be reimbursed for the purchase of essential items.



### RENTAL CAR DAMAGE COVERAGE

This benefit provides primary coverage if the car you rented while on your trip is damaged due to collision, fire, flood, theft, vandalism, windstorm or hail.



### TRAVEL ACCIDENT COVERAGE

This benefit pays for accidental death, loss of limbs or loss of eyesight. A partial benefit is paid for certain losses.



### AIR FLIGHT ACCIDENT COVERAGE

Provides coverage in the event of loss of life, or limbs due to an accident while traveling as a ticketed passenger on a certified passenger aircraft provided by a regularly scheduled airline. **Only available when the GlobalCare Cruise & Tour Protection is purchased within 14 days of making initial trip deposit.**



### EXCLUSIONS

The Certificate (or Policy) of Insurance details certain exclusions which apply to some or all coverages. Please read your Certificate or Policy carefully.





### PRE-EXISTING CONDITION EXCLUSION

There is no coverage for any loss due to injury, sickness or death of you, a family member, traveling companion or their family member, if, during the 180 days preceding and including the coverage effective date, there was medical care, advice, consultation or treatment received for the condition, or if symptoms of the condition were present, or if there was any adjustment of medication for the condition.

### PRE-EXISTING CONDITION EXCLUSION WAIVER

This exclusion will not apply if the following requirements are met. There is no extra charge to you.

#### WAIVER REQUIREMENTS

1) You purchase the GlobalCare Cruise & Tour Protection within fourteen (14) days of making your initial trip deposit. (Day 1 is the day after initial deposit);

2) The amount of the trip cancellation coverage purchased at that time equals the full cost of all non-refundable trip arrangements. The cost of any subsequent arrangements added to your trip (or any arrangements not made through your travel agent) must be insured within fourteen (14) days of payment for those arrangements.

3) The Trip Cost Per Person is no more than $10,000. This waiver is not available for policies (for any benefit amounts) if the Trip Cost Per Person is greater than $10,000.

4) The booking for this trip must be the first and only booking for this travel period and destination.

5) You must be medically able to travel when you pay your premium.



# GlobalCare Cruise & Tour Protection

## Domestic and International Travel

Includes 14 Day Pre-Existing Medical Condition Waiver Option

Insurance Coverages underwritten by Commercial Union Insurance Company · A CGU Company CV21 12/99

COMPLAINT EXHIBIT A

## WHY BUY TRAVEL PROTECTION?

You probably don't want to think about it...and no one wants to discourage you by talking about it, but the fact is that travel involves some unique risks that are often beyond your control.

Think about it. If you are like most Americans, a vacation is the largest investment you will ever make, next to the purchase of a house and car. You insure your home and car — are you willing to gamble with your vacation when you have hundreds, or even thousands of dollars at risk?

### WHY TAKE A CHANCE?

When you buy the GlobalCare Cruise & Tour Protection within 14 days of making your initial trip deposit, you automatically receive **GlobalCare Cruise & Tour Protection Plus** benefits at no extra cost! **The GlobalCare Cruise & Tour Protection Plus includes: Pre-Existing Condition Exclusion Waiver, $100,000 Air Flight Accident Coverage and Double Baggage Loss Benefit.**

### PRE-EXISTING CONDITION EXCLUSION WAIVER

One of the smartest things you can do to protect your vacation investment is to purchase the GlobalCare Cruise & Tour Protection early in order to receive the added protection of the Pre-Existing Condition Exclusion Waiver. You may be saying to yourself, "I'm not sick, I don't need coverage for a pre-existing condition." Well you may not be sick, but did you know that **the Pre-Existing Condition Exclusion Waiver extends to your family** as well? Consider the health status of your:

- ❑ Children
- ❑ Parents or grandparents
- ❑ Siblings
- ❑ Inlaws

Are you certain they don't have health problems that might cause you to cancel or interrupt your trip? **Can you afford to take that chance? Purchase the GlobalCare Cruise & Tour Protection now!**

### ACT NOW AND PURCHASE AT NO RISK

Purchasing the GlobalCare Cruise & Tour Protection within 14 days of making your initial trip deposit is a NO RISK proposition! If you choose to cancel your trip **for any reason**, GlobalCare will, at a minimum, return the cost of your GlobalCare Cruise & Tour Protection.

If you have a covered claim, GlobalCare will pay the covered claim amount, or your plan cost — whichever is greater.

## Questions? (800) 779-1017

**FOR TRAVEL AGENTS USE ONLY**

**GlobalCare Insurance Services, Inc.**
**A Cocco Group Company** — **781-595-0262** (local)
**220 Broadway, Suite 201** — **1-800-821-2488** (nationwide)
**Lynnfield, MA 01940** — **Fax Number: 781-592-7720**
**E-mail: tvlins@tiac.net**



**It's Easy to Guarantee a Great Vacation!**
**Just Fill Out the Enrollment Form or Call Us for Immediate Enrollment!**
Traveling with GlobalCare is like traveling with a trusted friend and travel expert.

## GLOBALCARE CRUISE & TOUR PROTECTION

### BENEFITS

| INSURANCE COVERAGES | MAXIMUM BENEFIT PER PERSON |
|---|---|
| Trip Cancellation | Trip Cost Per Person |
| Trip Interruption | 150% of the Trip Cost Per Person |
| Travel Delay | $1,000 |
| Baggage Loss | $500 ($4,000 Policy Maximum) |
| Baggage Delay | $100 |
| Emergency Medical Expenses (Not available to Canadian residents) | $10,000 |
| Rental Car Damage | $25,000 (Policy Maximum) |
| Travel Accident | $25,000 |

**Also included:**
**NON-INSURANCE SERVICES**
**WORLD-WIDE EMERGENCY HOTLINE**
**24-HOURS-A-DAY, 7-DAYS-A-WEEK**

- Emergency Medical Evacuation & Repatriation
- Medical Referral ▪ Legal Assistance
- Emergency Cash Transfer ▪ Pre-Travel Advice
- Lost Ticket and Passport Assistance

**Plus** **You automatically get the following GlobalCare Cruise & Tour Protection Plus benefits at no additional cost when you purchase your GlobalCare Cruise & Tour Protection plan within 14 days of making your initial trip deposit.**

**Pre-Existing Condition Exclusion Waiver**
You don't have to worry about pre-existing medical conditions.

**$100,000 Air Flight Accident Coverage**

**Double Baggage Loss Benefit**

**Purchase Protection**
Cancel your trip for any reason and receive at minimum a refund of your GlobalCare Cruise & Tour plan cost.



### TRAVEL PROTECTION PLAN PRICING

**COST**

| TRIP COST PER PERSON | AGE BAND: AGE 55 & Under | AGE 56 - 70 | AGE 71 - 80 | AGE 81+ |
|---|---|---|---|---|
| $0 - $500 | $32 | $40 | $50 | $71 |
| 501 - 1,000 | 43 | 59 | 73 | 96 |
| 1,001 - 1,500 | 55 | 78 | 98 | 125 |
| 1,501 - 2,000 | 67 | 96 | 125 | 159 |
| 2,001 - 2,500 | 80 | 119 | 155 | 195 |
| 2,501 - 3,000 | 93 | 145 | 185 | 228 |
| 3,001 - 3,500 | 106 | 169 | 215 | 269 |
| 3,501 - 4,000 | 119 | 199 | 245 | 310 |
| 4,001 - 4,500 | 132 | 229 | 285 | 360 |
| 4,501 - 5,000 | 145 | 259 | 325 | 415 |
| 5,001 - 6,000 | 194 | 309 | 395 | 480 |
| 6,001 - 7,000 | 224 | 369 | 465 | 550 |
| 7,001 - 8,000 | 254 | 429 | 535 | 625 |
| 8,001 - 9,000 | 284 | 489 | 605 | 705 |
| 9,001 - 10,000 | 314 | 549 | 675 | 785 |

**For Trips Over $10,000 or Longer Than 31 Days**

**Call GlobalCare at (800) 779-1017**

**YOUR SATISFACTION IS GUARANTEED**

If you are not completely satisfied, simply return your Certificate (or Policy) of Insurance and Description of 24-Hour Emergency Hotline Services within 10 days of receipt and include a letter indicating your desire to cancel. If you have not already left on your trip, you will receive a full refund.



TEAR OFF ALONG PERFORATION

## WHY BUY TRAVEL PROTECTION?

You probably don't want to think about it...and no one wants to discourage you by talking about it, but the fact is that travel involves some unique risks that are often beyond your control.

Think about it. If you are like most Americans, a vacation is the largest investment you will ever make, next to the purchase of a house and car. You insure your home and car — are you willing to gamble with your vacation when you have hundreds, or even thousands of dollars at risk?

### WHY TAKE A CHANCE?

When you buy the GlobalCare Cruise & Tour Protection within 14 days of making your initial trip deposit, you automatically receive **GlobalCare Cruise & Tour Protection Plus** benefits at no extra cost! **The GlobalCare Cruise & Tour Protection Plus includes: Pre-Existing Condition Exclusion Waiver, $100,000 Air Flight Accident Coverage and Double Baggage Loss Benefit.**

### PRE-EXISTING CONDITION EXCLUSION WAIVER

One of the smartest things you can do to protect your vacation investment is to purchase the GlobalCare Cruise & Tour Protection early in order to receive the added protection of the Pre-Existing Condition Exclusion Waiver. You may be saying to yourself, "I'm not sick, I don't need coverage for a pre-existing condition." Well you may not be sick, but did you know that **the Pre-Existing Condition Exclusion Waiver extends to your family** as well? Consider the health status of your:

- ☐ Children
- ☐ Parents or grandparents
- ☐ Siblings
- ☐ Inlaws

Are you certain they don't have health problems that might cause you to cancel or interrupt your trip? **Can you afford to take that chance? Purchase the GlobalCare Cruise & Tour Protection now!**

## ACT NOW AND PURCHASE AT NO RISK

Purchasing the GlobalCare Cruise & Tour Protection within 14 days of making your initial trip deposit is a NO RISK proposition! If you choose to cancel your trip **for any reason**, GlobalCare will, at a minimum, return the cost of your GlobalCare Cruise & Tour Protection.

If you have a covered claim, GlobalCare will pay the covered claim amount, or your plan cost — whichever is greater.

## Questions? (800) 779-1017

**FOR TRAVEL AGENTS USE ONLY**

**GlobalCare Insurance Services, Inc.**
**A Cocco Group Company**
**220 Broadway, Suite 201**
**Lynnfield, MA 01940**
**E-mail: tvlins@tiac.net**

**781-595-0262** (local)
**1-800-821-2488** (nationwide)
**Fax Number: 781-592-7720**



BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 25242 SAN DIEGO, CA

POSTAGE WILL BE PAID BY ADDRESSEE

**GlobalCare Cruise & Tour Protection**
A Cocco Group Company
P.O. BOX 919030
SAN DIEGO, CA 92191-9958

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

## OUTLINE OF COVERAGES AND SERVICES

### INFORMATION YOU NEED TO KNOW

By enrolling and paying your plan cost, you will enjoy the GlobalCare Cruise & Tour Protection services and insurance coverages described in this brochure.

*PLEASE NOTE: Benefits in this brochure are described on a general basis only. There are certain restrictions, exclusions and limitations that apply to all coverages and services. This brochure is not a contract of insurance.*

You will receive a Certificate of Insurance (or Policy for residents of certain states) and Description of 24-Hour Emergency Hotline Services which describe the benefits and limitations in detail. If you do not receive your documents before you leave on your trip, call us at (800) 779-1017.

No agent or other person has the authority to make representations, offer interpretations, alter, modify or waive any of the provisions of the plan. We reserve the right to reject applications. The plan cost payment is non-refundable except as otherwise stated herein.

### GENERAL PROVISIONS

Your coverage for Trip Cancellation begins either the day after we receive your payment, or the day after your application is postmarked, whichever occurs first.

Your other coverages and services begin either the date and time you actually start your trip, or 12:01 AM of the scheduled departure date of your trip, whichever is later.

All coverages and services end either midnight of trip completion date, or when you complete your trip, or when you reach your home, or when you cancel your trip, whichever occurs first.

This plan is available to persons who pay the required plan cost prior to trip departure, and whose primary residence is in the United States or Canada.

These coverages and services are designed to protect you from the specific listed unforeseeable and unexpected events, not from circumstances known or likely to occur.

## 24-HOUR EMERGENCY HOTLINE SERVICES

**PROVIDED BY GLOBALCARE'S DESIGNATED ASSISTANCE PROVIDER**

Once you enroll, you will receive a complete Description of 24-Hour Emergency Hotline Services, along with the emergency hotline numbers to call for:

- Personal travel assistance;
- Referral to a doctor, hospital, pharmacy or dentist;
- Help in replacing lost travel documents or tickets;
- Emergency messages to and from your home;
- Referral for legal and bail bond assistance;
- Assistance arranging hospital deposits;
- Assistance with routine or emergency travel arrangements.

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,435,061**

**United States Patent and Trademark Office** **Registered Mar. 13, 2001**

## SERVICE MARK
## PRINCIPAL REGISTER

# GLOBALCARE

GLOBALCARE INSURANCE SERVICES, INC. (MASSACHUSETTS CORPORATION)
220 BROADWAY
LYNNFIELD, MA 01940

FOR: BROKERAGE IN THE FIELD OF TRAVEL INSURANCE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-1987; IN COMMERCE 10-1-1987.

SER. NO. 75-908,513, FILED 2-2-2000.

JILL C. ALT, EXAMINING ATTORNEY

COMPLAINT EXHIBIT B




# Outside Sales Support Network

The National Association for Independent Contractors and Outside Sales Travel Agents

Dear OSSN Member,

We are pleased to announce that we have chosen GlobalCare as the OSSN Preferred Supplier for Travel Insurance and assistance services.

Why the change? Over the course of the last twelve months there have been numerous changes in the business model within the travel insurance industry that caused us to take a closer look at our choice of a preferred supplier.

The industry trend has been a lot like the airlines with reduced commissions being the wave of the future. By the end of 2001, the average commission paid for a policy sold will be 20% with some earning even less depending on how the policy was booked with the insurance provider.

While the commissions are being reduced, there is another disturbing trend, the retail price for the policy increases while the coverage a traveler receives has stayed the same or even worse, been reduced. Where $20,000 used to cover the cost of an emergency evacuation, now the average cost is over $50,000 and most policy limits are $25,000 causing the traveler to pay the difference out of their pocket. None of these changes were good for you or the traveler.

All along the GlobalCare representatives had been telling us that they had a better way and they were right.

Not only are the commissions higher (average 40%), there are more product choices, even one suited for those clients who usually don't purchase travel insurance. There are also no commission penalties for phone or FAX orders. You can even book securely online through the OSSN website.

Higher commissions, higher coverage limits, lower retail pricing, what more could you ask for?

As you know, we strongly recommend that you sell travel insurance to every client and now you can earn the commission you deserve and provide your clients with the best coverage available by insuring them with GlobalCare.

Sincerely,

Gary M.Fee
President

1340 U.S. Highway One, Suite 102 • Jupiter, FL 33469
(561) 743-1900 • Fax (561) 575-4371 • E-Mail: ossn@ossn.com
http://www.ossn.com

Bonded & Insured

Registration #ST 14672

COMPLAINT EXHIBIT C

# GlobalCare® Inc.

2001 Westside Parkway, Suite 120
Alpharetta, Georgia 30004-7408
800 860 1111 · 770 475 1114 · fax 770 475 0058
www.globalems.com

Dear OSSN Member,

On behalf of the GlobalCare staff, let me say that we are very excited to have the opportunity to work with you as well as to provide your clients with the very best travel insurance plan that is available today.

**Why is GlobalCare better?** We have higher coverage limits, three products to choose, lower retail pricing for almost every price category, and higher commissions to you, on average 40%!

There are also some additional benefits to the traveler that no other travel insurance company has, like our Medical Help Desk where each and every call is answered by a Registered Nurse whose mission is to get your traveler back to good health as quickly as possible.

**How do you enroll a traveler for our service?** Three ways, FAX, phone, or electronically through the OSSN web site. The phone and FAX numbers are listed on the enclosed brochure. You may also print additional copies of the brochure by going to the OSSN web site, select the product and print. The electronic enrollment is on a secure server and is only accessible to you by using your OSSN membership information as a password.

Should you have any questions or enrollment concerns please call our CustomerCare department, 8am to 8pm EST Monday –Saturday. They can be reached at 800-249-2533.

I am sure there will be a few questions but one I can address now is how and when do you get your commissions? We have an accurate database of all OSSN members, when you enroll a traveler this will generate a commission report, which in turn generates a check during the month following the enrollment. We will then mail the check to the address contained in the OSSN database. This database is updated monthly for accuracy.

Again, let me thank you for the opportunity to serve both you and your clients and we look forward to seeing you in Cost Rica.

Sincerely,

Chris J. Poucher
Director, Industry Services
GlobalCare-MedPass

**MedTrip®** is medical assistance when you need it most.

## • Medical Assistance
Unlimited Access

Speak with a Registered Nurse anytime day or night. Get answers quickly and return to your vacation confident that medical help is only a phone call away.

## • Exclusive Worldwide Medical Provider Network for Referrals
Unlimited Access

Referrals to pre-screened English speaking, Western-Trained physicians, clinics or hospitals thru the Global Care® Exclusive Worldwide Provider Network.

## • Evacuation, Repatriation & Return of Mortal Remains
Up to $500,000

Evacuation, Repatriation and Return of Mortal Remains is arranged, managed and paid-for (up to $500,000) with **NO out-of-pocket expense to you.**

## • Additional Services
Unlimited Access

Language Interpretation

Assisted Physician appointment scheduling

Drug translation from Help Desk

**Price per Person $35.00 per trip**

**MedTrip® Plus** is MedTrip® with medical expense protection.

## • Medical Expense Protection
Up to $100,000

Your defense against expensive medical costs while outside of the United States.

Up to $100,000 of medical expense protection for necessary visits to physicians or hospitals.

Direct pay for hospital admissions, thus reducing the likelihood of high out-of pocket expenses.

**Pricing:**

| Trips up to | Rate per Person |
|---|---|
| 7 days | $88 |
| 14 days | $111 |
| 21 days | $133 |
| 30 days | $161 |

**Does your medical insurance cover you while you're outside the United States?**

**If you don't know... don't take a chance!**

Payment for All Reimbursement Services

Provided to MedTrip® Complete subscribers exclusively by Overseas Insurance Advisors, a licensed insurance broker in the State of Georgia, U.S.A. and underwritten through LDG Re (London) Ltd. on behalf of the Houston Casualty Company.

Any person who knowingly and with intent to defraud any company or other person files an application for reimbursement or statement of claim containing any fact thereto commits a fraudulent act, which is a crime and subjects such person to criminal and civil penalties.

Application may be mailed, e-mailed, phoned or faxed for enrollment. Reimbursement services may be purchased by anyone.

**MedTrip® Complete** is **MedTrip®** and **MedTrip® Plus** *With:*

## • Trip Cancellation / Interruption
Up to $10,000

For all irrecoverable deposits, advance payments and other charges paid or due to be paid for travel and/or accommodation up to the limit you choose for your trip.

## • Lost Baggage
Up to $1,000

For lost or damaged baggage and/or personal items during your trip.

## • Accidental Death and Dismemberment
Up to $25,000

For an accident resulting in: death, total and irrecoverable loss of sight in one or both eyes, loss of one or more limbs and permanent disability.

| Trip Cost per Person (Including airfare, hotel, car rental, etc.) | Price up to 15 days | Price up to 30 days |
|---|---|---|
| $0-$1,000 | $109 | n/a |
| $1,000-$2,000 | $133 | $204 |
| $2,001-$3,000 | $200 | $270 |
| $3,001-$4,000 | $233 | $304 |
| $4,001-$5,000 | $293 | $363 |
| $5,001-$6,000 | $351 | $421 |
| $6,001-$7,000 | $411 | $481 |
| $7,001-$8,000 | $468 | $539 |
| $8,001-$9,000 | $526 | $596 |
| $9,001-$10,000 | $586 | $656 |

This brochure contains a brief description of services. A complete description of benefits, terms and conditions will be provided at your request or upon enrollment.

# Order Now

FAX: (770) 475-0058
E-mail: medtrip@globalems.com
or Call for Questions
(800) 249-2533

Name ______

Address ______

City/State/Zip ______

[Ph]one ______

Additional Names ______

Destination(s) ______

Departure Date ______ Return Date ______

Total Trip Price per Person $ ______

Billing Address if Different ______

[Fo]r OSSN Member/Travel Agency Use:
Print your Agent/Agency name as it appears on your OSSN membership card.

Agent Name: ______

Agency Name: ______

Zip Code: ______

GlobalCare®
2001 Westside Parkway, Suite 120
Alpharetta, GA 30004-7408
Telephone: (770) 475-1114, press 1
Toll Free: (800) 249-2533
FAX: (770) 475-0058

Check the box beside the plan you have c[hos]en.

## MedTrip® ☐

**Price per Person** $35.00 per trip, up to 30 days

## MedTrip® Plus ☐

| Trips up to | Rate per Person |
|---|---|
| 7 days | $88 |
| 14 days | $111 |
| 21 days | $133 |
| 30 days | $161 |

## MedTrip® Complete ☐

| Trip Cost per Person (Including airfare, hotel, car rental, etc.) | Price up to 15 days | Price up to 30 days |
|---|---|---|
| $0-$1,000 | $109 | n/a |
| $1,000-$2,000 | $133 | $204 |
| $2,001-$3,000 | $200 | $270 |
| $3,001-$4,000 | $233 | $304 |
| $4,001-$5,000 | $293 | $363 |
| $5,001-$6,000 | $351 | $421 |
| $6,001-$7,000 | $411 | $481 |
| $7,001-$8,000 | $468 | $539 |
| $8,001-$9,000 | $526 | $596 |
| $9,001-$10,000 | $586 | $656 |

**Price/Person** ______ x **# of Travelers** ______ = **Total Due** ______

**Please send a check or a supply Credit Card Information**
☐ American Express ☐ Visa ☐ Master Card ☐ Discover

Card Number ______

Expiration Date ______

Name of Cardholder ______

I represent that the above information is true and the dates are accurate. These services go into effect at 12:01 am on the day after the postmark, telephone purchase, e-mail, or fax transmission date upon acceptance. GlobalCare® reserves the right to reject any application. I also undertand that if payment is returned unpayable for any reason, these services become null and void.

Signature ______

# MedTrip® Services

... products of GlobalCare®

**MedTrip®** - For the traveler whose primary concern is getting appropriate medical care should they become ill. This traveler is also concerned about the enormous expense associated with an emergency medical evacuation when the appropriate medical care is not available in their area.

**MedTrip® Plus** - Are you taking a trip outside of the U.S.? Are you on Medicare or Medicaid? Not sure whether your health insurance provider has coverage? This plan is for you.

**MedTrip® Complete** - For the traveler who enjoys the peace of mind knowing that their deposits and pre-payments as well as other out-of-pocket expenses such as lost baggage will be reimbursed should the need arise. **MedTrip® Complete** is the most comprehensive program available.

